♥ Donate  **Tools**  **Newsletter**  **Investigations**  **About Us**  🔍        Sign Up        Log In

# NLEAD

Andrew Free filed this request with the Department of Justice, Office of Legal Policy of the United States of America.

| Tracking # | A-2025-00621 |
|---|---|
| | JMD FOIA # 133352 |
| | A-2024-02602 |
| | JMD FOIA #133352 |
| | 133352 |
| | FOIA-2024-00549 |
| | 994251 |

| Submitted | Dec. 19, 2023 |
|---|---|

**STATUS**

Rejected

**MuckRock users can file, duplicate, track, and share public records requests like this one. Learn more.**        ⬚ **File a Request**

| **28** Communications | **16** Files |
|---|---|

Filter communications        Collapse All

From: Andrew Free                                                    12/19/2023

**Subject: Freedom of Information Act Request: NLEAD**                    Portal

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

▤   ♥ Donate   Tools   Newsletter   Investigations   About U:   🔍        ⬚   Sign Up   Log In

https://www.justice.gov/olp/national-law-enforcement-accountability-database

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Andrew Free

---

**From: Department of Justice, Office of Legal Policy**                                      01/10/2024

**Subject: Your FOIA Request FOIA-2024-00549**                                                  Email

Attached is correspondence from the Department of Justice's Office of Information Policy, which is associated with the above-referenced Freedom of Information Act (FOIA) request.

Please do not reply to this e-mail, as this account is not monitored.

Thank you,
----------------------------------------
Initial Request Staff
Office of Information Policy
U.S. Department of Justice

   02. Acknowledgment Letter (1.9.24)

      👁 View      </> Embed      ⬇ Download

---

**From: Department of Justice, Office of Legal Policy**                                      02/22/2024

**Subject: Your FOIA Request FOIA-2024-00549**                                                  Email

Attached is correspondence from the Department of Justice's Office of Information Policy, which is associated with the above-referenced Freedom of Information Act (FOIA) request.

Please do not reply to this e-mail, as this account is not monitored.


♥ **Donate**    Tools     Newsletter     **Investigations**     About Us    🔍     🗹     Sign Up     Log In

Initial Request Staff

Office of Information Policy

U.S. Department of Justice

202-514-3642 (Main Line)

202-514-1009 (Fax)

 **03. Final Response (2.22.24)**

👁 View     </> Embed     ⬇ Download

---

**From: Department of Justice, Office of Legal Policy**         *02/23/2024*

**Subject: JMD FOIA Request 133352 Acknowledgement (Intranet Quorum IMA00169527)**    Email

February 23, 2024 Mr. Andrew Free MuckRock News

411A Highland Ave

Dept Mr 90648

Somerville, MA 02144-2516 Re: The contents of the National Law Enforcement Accountability Database (NLEAD) Assigned JMD FOIA TRACKING NUMBER: 133352 Dear Mr. Free: This is to acknowledge receipt of your Freedom of Information Act request dated December 19, 2023, received by the Justice Management Division (JMD) from the Office of Information Policy on February 22, 2024, in which you requested records concerning the subject identified above. Your request was sent to JMD by the Office of Information Policy (OIP) as a misdirected request. OIP's identifying tracking number was FOIA-2024-00549. For your information, JMD assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Simple requests usually receive a response in approximately one month whereas complex requests necessarily take longer. At this time, your request has been assigned to the complex track. Please note that as a general matter, records in the Department are decentralized and our response will only cover information in JMD's possession, information JMD manages, and information originating with or relating to JMD. If you are seeking information owned by, originating with, or relating to other components of the Department, please make a FOIA request directly to those components. If you have a question about the status of your FOIA request, you may contact this office by emailing JMDFOIA@usdoj.gov or by calling 202-616-0253 during regular business hours (Monday through Friday, 9 a.m. to 5 p.m., Eastern Time, excluding federal holidays). Please refer to JMD FOIA TRACKING NUMBER 133352 whenever you contact the Department regarding this request. Sincerely, Daniel Wagner FOIA Contact Justice Management Division

---

 IQFormatFile

⬇ **Download**



**Subject: RE: Freedom of Information Act Request #133352**                    Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on Dec. 19, 2023. Please let me know when I can expect to receive a response. You had assigned it reference number #133352.

Thanks for your help, and let me know if further clarification is needed.

---

From: Muckrock Staff                                                    04/24/2024

**Subject: RE: Freedom of Information Act Request #133352**                    Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on Dec. 19, 2023. Please let me know when I can expect to receive a response. You had assigned it reference number #133352.

Thanks for your help, and let me know if further clarification is needed.

---

From: Muckrock Staff                                                    05/24/2024

**Subject: RE: Freedom of Information Act Request #133352**                    Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on Dec. 19, 2023. Please let me know when I can expect to receive a response. You had assigned it reference number #133352.

Thanks for your help, and let me know if further clarification is needed.

---

From: Department of Justice, Office of Legal Policy                      06/14/2024

**Subject: RE: RE: Freedom of Information Act Request #133352**                Email

Good afternoon,

We apologize for the delay. We are consulting with the agencies that have equities within the National Law Enforcement Accountability Database (NLEAD) and seek their views on the disclosure of the information. We are waiting to hear back from them.

As soon as additional information is provided to us, we will contact you.

📰  ❤️ Donate   Tools   Newsletter   Investigations   About Us   🔍        ⬆️   Sign Up   Log In

Daniel Wagner
FOIA Service Center
Justice Management Division
U.S. Department of Justice

~WRD2718

⬇️ **Download**

---

**From: Muckrock Staff**                                                                07/15/2024

**Subject: RE: Freedom of Information Act Request #133352**                              Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on Dec. 19, 2023. Please let me know when I can expect to receive a response. You had assigned it reference number #133352.

Thanks for your help, and let me know if further clarification is needed.

---

**From: Muckrock Staff**                                                                08/14/2024

**Subject: RE: Freedom of Information Act Request #133352**                              Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on Dec. 19, 2023. Please let me know when I can expect to receive a response. You had assigned it reference number #133352.

Thanks for your help, and let me know if further clarification is needed.

---

**From: Andrew Free**                                                                   08/14/2024

**Subject: RE: Freedom of Information Act Request #133352**                              Email

Please provide an estimated date of completion?

---

**From: Department of Justice, Office of Legal Policy**                                  08/14/2024

**Subject: RE: RE: Freedom of Information Act Request #133352**                          Email

Good afternoon Mr. Free,

Sincerely,

Daniel Wagner
FOIA Service Center
Justice Management Division
U.S. Department of Justice

~WRD2935

⬇ **Download**

---

| From: Andrew Free | 08/14/2024 |
|---|---|

**Subject: RE: Freedom of Information Act Request #133352**      *Email*

Thank you.

So far as I can tell, the Department has yet to make a "Determination" as required by 5 USC 552(a)(6)(A)(i). In CREW v. FEC, then-judge Kavanaugh held for the D.C. Circuit that a "determination" as contemplated by the Freedom of Information Act requires the agency to do at least three things within the statutorily mandated timeframes: (i) gather and review the documents; (ii) determine and communicate the scope of the documents it intends to produce and withhold, and the reasons for withholding any documents; and (iii) inform the requester that it can appeal whatever portion of the "determination" is adverse.

I don't see any record that DOJ has done at least 2 of these three required actions in this request in the nearly eight months since receiving it. If I have missed something please let me know?

Thank you very much,

Andrew Free

---

| From: Department of Justice, Office of Legal Policy | 08/22/2024 |
|---|---|

**Subject: JMD FOIA 133352**      *Email*

Mr. Free,

The attached is JMD's response to your FOIA request.

Sincerely,

Daniel Wagner
FOIA Service Center

 

 133352_Free_Response Letter 8-22-2024

👁 View    &lt;/&gt; Embed    ⬇ Download

---

From: Andrew Free                                      08/22/2024

Subject: RE: Freedom of Information Act Request #JMD FOIA #133352          Mail

Good morning,

We appeal the 6 and 7C determinations, and the agency's failure to make records "promptly available" given its December 2024 release estimate.

Thank you,

Andrew Free

 133352_Free_Response Letter 8-22-2024

👁 View    &lt;/&gt; Embed    ⬇ Download

---

From: Department of Justice, Office of Legal Policy            09/13/2024

Subject: Acknowledgment of FOIA Appeal A-2024-02602          Email

The Office of Information Policy has received your FOIA Appeal.  Please see the attached acknowledgment letter.

 a-2024-02602

👁 View    &lt;/&gt; Embed    ⬇ Download

---

From: Department of Justice, Office of Legal Policy            11/15/2024

Subject: Response to FOIA Appeal A-2024-02602          Email

The Office of Information Policy has made its final determination on your FOIA Appeal Number A-2024-02602 .  A copy of this determination is enclosed for your review, along with any enclosures, if applicable. Thank you.

 A-2024-02602_Response

👁 View    &lt;/&gt; Embed    ⬇ Download

 ♥ **Donate**    **Tools**    **Newsletter**    **Investigations**    **About Us**    🔍    □    Sign Up    Log In

---

**Subject: RE: Freedom of Information Act Request #A-2024-02602**                    Email

To Whom It May Concern:

I'm following up on the following Freedom of Information Act request, copied below, and originally submitted on Dec. 19, 2023. You had previously indicated that it would be completed on Dec. 15, 2024. I wanted to check on the status of my request, and to see if there was a new estimated completion date. You had assigned it reference number #A-2024-02602.

Thanks for your help, and let me know if further clarification is needed.

---

**From: Department of Justice, Office of Legal Policy**                    12/18/2024

**Subject: JMD FOIA 133352**                    Email

Mr. Free,

The attached is JMD's final response to your FOIA request.

Sincerely,

Daniel Wagner
FOIA Service Center
Justice Management Division
U.S. Department of Justice

    nlead_foia_133352

⬇ **Download**

    133352_Free_Response Letter 12-18-2024

👁 **View**    </> **Embed**    ⬇ **Download**

---

**From: Andrew Free**                    12/18/2024

**Subject: RE: Freedom of Information Act Request #JMD FOIA # 133352**                    Email

We hereby appeal the agency's withholdings.

Thank you,

R. Andrew Free

 

Donate    Tools    Newsletter    Investigations    About Us    Sign Up    Log In

 👁 View    </> Embed    ⬇ Download

---

**From: Department of Justice, Office of Legal Policy**                          01/06/2025

**Subject: Acknowledgment of FOIA Appeal A-2025-00621**                          Email

The Office of Information Policy has received your FOIA Appeal.  Please see the attached
acknowledgment letter.

   a-2025-00621

👁 View    </> Embed    ⬇ Download

---

**From: Muckrock Staff**                          02/05/2025

**Subject: RE: Freedom of Information Act Request #A-2025-00621**                          Email

To Whom It May Concern:

I'm following up on the following Freedom of Information Act request, copied below, and originally
submitted on Dec. 19, 2023. You had previously indicated that it would be completed on Dec. 15, 2024. I
wanted to check on the status of my request, and to see if there was a new estimated completion date.
You had assigned it reference number #A-2025-00621.

Thanks for your help, and let me know if further clarification is needed.

---

**From: Department of Justice, Office of Legal Policy**                          02/06/2025

**Subject: RE: RE: Freedom of Information Act Request #A-2025-00621**                          Email

Mr. Free,

We have forwarded your status request to the Office of Information Policy (OIP) for review because they
manage adjudicating administrative appeals for Department of Justice components under the FOIA. To
track a submitted administrative appeal that you have submitted through FOIA STAR<https://doj-
foia.entellitrak.com/etk-doj-foia-prod/login.request.do>, login to your account to see a list of your
submitted administrative appeal. In the "Status" column, you will see the current status of your
administrative appeal. More information can be found on OIP's website,
https://www.justice.gov/oip/submit-and-track-request-or-appeal.

Sincerely,

📑    ♥ **Donate**    **Tools**    **Newsletter**    **Investigations**    **About Us**    🔍    ↱    **Sign Up**    **Log In**

Justice Management Division
U.S. Department of Justice

    ~WRD3915

    ⤓ **Download**

---

| From: Andrew Free | 02/06/2025 |
|---|---|

**Subject: RE: Freedom of Information Act Request #A-2025-00621**    Email

Many thanks.

---

| From: Department of Justice, Office of Legal Policy | 02/11/2025 |
|---|---|

**Subject: FW: [EXTERNAL] RE: Freedom of Information Act Request #A-2025-00621**    Email

Dear R Andrew Free:

This responds to your inquiry requesting the status of your pending appeal with OIP, No. A-2025-00621.

After further discussion, we anticipate that it will take at least another 6-8 weeks to complete your appeal.

We hope this information is of assistance to you and again appreciate your continued patience.

Sincerely,

U.S. Department of Justice

Office of Information Policy

Please do not reply to this e-mail, as this account is not monitored.

    image001

    ⤓ **Download**

---

| From: Andrew Free | 02/21/2025 |
|---|---|

**Subject: RE: Freedom of Information Act Request #A-2025-00621**    Mail

Good afternoon,

This is a litigation preservation notice. By this communication, I am formally instructing you to preserve and not destroy the contents of the NLEAD database as they existed on today's date.

📄   ❤ **Donate**    **Tools**    **Newsletter**    **Investigations**    **About Us**    🔍    ⬜    **Sign Up**    **Log In**

If you intend to destroy these records notwithstanding the foregoing communication, please advise me as much immediately so that I may seek a temporary restraining order from a federal judge.

Thank you,

Andrew Free

---

**From: Andrew Free**                                                        06/19/2025

**Subject: RE: Freedom of Information Act Request #A-2025-00621**              Mail

Hi there,

In February, you informed me you believed it would be 6-8 weeks for the adjudication of my appeal. I'm writing to follow up on this appeal. Do you believe the agency is nearing a decision anytime soon, and if so, when?

Thank you in advance for your assistance!

Andrew Free

---

**From: Department of Justice, Office of Legal Policy**                       09/16/2025

**Subject: Response to FOIA Appeal A-2025-00621**                             Email

The Office of Information Policy has made its final determination on your FOIA Appeal Number A-2025-00621 .  A copy of this determination is enclosed for your review, along with any enclosures, if applicable. Thank you.



A-2025-00621_Response Letter

👁 **View**      </> **Embed**      ⬇ **Download**

---

# For the Record

## Keep up on new releases, projects and reporting with MuckRock's weekly newsletter

**Subscribe with your email address**

Your email address        ✉ Subscribe

By subscribing, you agree to MuckRock's Terms of Service and Privacy Policy.