

**U.S. Department of Justice**

Office of Information Policy

*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

February 22, 2024

Andrew Free
MuckRock News
MR156161
263 Huntington Avenue
Boston, MA  02115
156161-67328303@requests.muckrock.com

Re:    FOIA-2024-00549
DRH:GMG

Dear Andrew Free:

    This responds to your Freedom of Information Act (FOIA) request dated and received in this Office on December 19, 2023, seeking a copy of the contents of the National Law Enforcement Accountability Database.

    Upon further review of your request, I have determined that the Justice Management Division (JMD) is the Department component most likely to maintain the records you are seeking.  As such, a copy of your request has been forwarded to JMD for further processing and direct response to you.  Contact information for JMD can be found on www.foia.gov.

    For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c) (2018).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

    You may contact our FOIA Public Liaison, Valeree Villanueva, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001; telephone at 202-514-3642.

    Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, MD 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

    If you are not satisfied with this Office's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001, or

-2-

you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically submitted within ninety days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

                                                         Sincerely,

                                                       Douglas R. Hibbard
                                                     Chief, Initial Request Staff

Case 1:26-cv-00876   Document 1-4   Filed 03/13/26   Page 2 of 2