

U.S. Department of Justice

Justice Management Division

*Washington, D.C. 20530*

August 22, 2024

**VIA EMAIL**

Andrew Free
DEPT MR156161
MuckRock News
263 Huntington Avenue
Boston, MA 02115
156161-67328303@requests.muckrock.com

RE: JMD FOIA #133352

Dear Mr. Free:

I am responding on behalf of the Justice Management Division (JMD) to your Freedom of Information Act (FOIA) request dated December 19, 2023, for a copy of the contents of the National Law Enforcement Accountability Database (NLEAD).

The contents of the NLEAD database are not yet complete, as two federal agencies with a substantial number of law enforcement officers have contributed a portion of their records but continue to produce records on a rolling basis. In order to provide you with records reflecting the full contents of the NLEAD, we anticipate producing records responsive to your FOIA request by mid-December 2024, once the contents of the database are expected to be complete.

We have analyzed the categories of information in the database and intend to produce the non-exempt portions of the information in the NLEAD. We have made a determination to withhold under FOIA Exemptions 6 and 7(C) direct identifiers such as name, date of birth, and social security number; and data that could be used to identify law enforcement officers, such as the date and month of the incident, the position series, and the employing agency or subagency for entities with fewer than 50 responsive records. The disclosure of such information would constitute an unwarranted invasion of personal privacy. We have determined that the privacy interests outweigh the public interest in disclosure of such information. Please be advised that we have considered the foreseeable harm standard when reviewing records and applying FOIA exemptions.

You may contact our FOIA Public Liaison, Daniel Wagner at (202) 616-0253 or JMDFOIA@usdoj.gov for further assistance or to discuss your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about FOIA mediation services. The contact information for

Mr. Andrew Free, Page 2

OGIS is:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770 and toll-free at (877) 684-6448; and facsimile at (202) 741-5769.

If you are not satisfied with JMD's determination in response to your request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of this letter.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,


Morton J. Posner
General Counsel