

**U.S. Department of Justice**

Office of Information Policy
Sixth Floor
441 G Street, NW
Washington, DC 20530-0001

Telephone: (202) 514-3642

Andrew Free
DEPT MR 156161
263 Huntington Avenue
Boston, MA  02115

Re:   Appeal No. A-2024-02602

Request No. 133352

156161-67328303@requests.muckrock.com

**VIA: Email - 11/15/2024**

Dear Andrew Free:

    You attempted to appeal from the action of the Justice Management Division (JMD) on your Freedom of Information Act (FOIA) request for access to certain records concerning the National Law Enforcement Accountability Database.  I note that your appeal concerns withholdings made by JMD.

    Department of Justice regulations provide for an administrative appeal to the Office of Information Policy only after there has been an adverse determination by a component.  See 28 C.F.R. § 16.8(a) (2023).  Please be advised that at the time of your appeal JMD had not completed processing of records responsive to your request.  In light of these circumstances, it would be premature for this Office to adjudicate any anticipated withholdings.  If you are dissatisfied with JMD's final response, you may appeal again to this Office.  You should contact JMD's Requester Service Center at 202-616-0253 for further updates regarding the status of your request.

    If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642.

Sincerely,

X_____
Christina Troiani
Chief, Administrative Appeals Staff