

U.S. Department of Justice

Justice Management Division

*Washington, D.C. 20530*

December 18, 2024

**VIA EMAIL**

Andrew Free
DEPT MR156161
MuckRock News
263 Huntington Avenue
Boston, MA 02115
156161-67328303@requests.muckrock.com

RE: JMD FOIA # 133352

Dear Mr. Free:

I am responding on behalf of the Justice Management Division (JMD) to your Freedom of Information Act (FOIA) request dated December 19, 2023, for a copy of the contents of the National Law Enforcement Accountability Database (NLEAD).

Enclosed are records responsive to your request as of November 5, 2024. After carefully reviewing the records responsive to your request, your request is granted in part and denied in part. We are withholding information under FOIA Exemptions 6 and 7(C) (5 U.S.C. §§ 552(b)(6) and 552(b)(7)(C)), the disclosure of which would constitute an unwarranted invasion of personal privacy. The following information that could identify an individual directly or indirectly has been withheld: name, date of birth, last four digits of social security number, hash of social security number and date of birth, day and month of incident, job series, subdivision, employee unique identification number, identification of user that updated the record, flag type detail, and employing agency or subagency when the individual's agency or subagency has fewer than 50 records in NLEAD. We determined that the privacy interests outweigh the public interest in disclosure of such information. Please be advised that we considered the foreseeable harm standard when reviewing records and applying FOIA exemptions. We have not included inactive records that cannot be searched based on the age of the record and administrative data about the records, such as active or inactive status, as we did not consider these to be within the scope of your request.

You may contact JMD's FOIA public liaison, Daniel Wagner, at (202) 616-0253 or JMDFOIA@usdoj.gov for further assistance or to discuss your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about FOIA mediation services. The contact information for OGIS is: Office of Government Information Services, National Archives and Records

Mr. Andrew Free, Page 2

Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770 and toll-free at (877) 684-6448; and facsimile at (202) 741-5769.

If you are not satisfied with JMD's determination in response to your request, you may administratively appeal by writing to: Director, Office of Information Policy (OIP), U.S. Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of this letter. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,


Morton J. Posner
General Counsel