

**U.S. Department of Justice**

Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Andrew Free

                                      Re:    Appeal No. A-2025-00621

                                              Request No. 133352

156161-67328303@requests.muckrock.com

**VIA: Online Portal - 09/16/2025**

Dear Andrew Free:

      You appealed from the action of the Justice Management Division (JMD) of the United States Department of Justice on your Freedom of Information Act (FOIA) request for access to the contents of the National Law Enforcement Accountability Database.  I note that your appeal concerns the withholdings made by JMD.

      After carefully considering your appeal, I am affirming JMD's action on your request.  The FOIA provides for disclosure of many agency records.  At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities.  JMD properly withheld certain information because it is protected from disclosure under the FOIA pursuant to:

5 U.S.C. § 552(b)(6), which concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties; and

5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.

      Please be advised that this Office's decision was made only after a full review of this matter.  Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of JMD in response to your request.

        If you are dissatisfied with my action on your appeal, the FOIA permits you to file a

lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

     For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642.

                                             Sincerely,

                                             X_____
                                             Christina Troiani
                                             Chief, Administrative Appeals Staff