AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Andrew Free ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 26-CV-876 |
| Department of Justice ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andrew Free, Plaintiff                      .

Date:  03/13/2026

/s/ Daniel Melo
*Attorney's signature*

Daniel Melo NC 48654
*Printed name and bar number*

The Melo Law Firm
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
*Address*

dan@themelolawfirm.com
*E-mail address*

(919) 348-9213
*Telephone number*

*FAX number*