CO-386
10/2018

# United States District Court
# For the District of Columbia

Andrew Free )
)
)
)
)
             Plaintiff )
vs )  Civil Action No._____
US Department of Justice )
)
)
)
            Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  **Andrew Free**  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  **n/a**  which have

any outstanding securities in the hands of the public:

**n/a.**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Daniel Melo
Signature

NC 48654
BAR IDENTIFICATION NO.

Daniel Melo
Print Name

2920 Forestville Rd, STE 100 PMB 1192
Address

Raleigh   NC   27616
City         State       Zip Code

919-348-9213
Phone Number