**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANDREW FREE,<br><br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Case No. 26-CV-876 |

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that on April 1, 2026, copies of the Summons and Complaint, together with any exhibits, were served in accordance with Rule 4(i) of the Federal Rules of Civil Procedure via USPS certified mail upon the following (electronic tracking receipt attached):

        Department of Justice
        950 Pennsylvania Ave NW
        Washington, DC 20530-0009

        US Attorney General
        950 Pennsylvania Ave NW
        Washington, DC 20530-0009

Plaintiff also hereby certifies that the U.S. Attorney's Office for Washington, D.C. was served in accordance with Rule 4(i) via electronic mail, as consistent with its acceptance of service under that method. Attached is confirmation of the USAO's receipt of that service on March 19, 2026.

Dated: April 1, 2026        By: /s/ Daniel Melo

        Daniel Melo
        The Melo Law Firm
        NC Bar # 48654
        2920 Forestville Road, Ste 100
        PMB 1192

Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
*Pro Bono Counsel For Plaintiff*