**Thursday, March 26, 2026 at 12:48:12 PM Eastern Daylight Time**

**Subject:** RE: Andrew v. Department of Justice Case, 26-cv-876

**Date:** Thursday, March 26, 2026 at 12:39:57 PM Eastern Daylight Time

**From:** USADC-ServiceCivil

**To:** Daniel Melo, USADC-ServiceCivil

The summons and complaint have been received by email, with a service date of March 19, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

**From:** Daniel Melo <Dan@themelolawfirm.com>
**Sent:** Thursday, March 19, 2026 10:40 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Andrew v. Department of Justice Case, 26-cv-876

Greetings,

Please see this attachment instead of the previously sent one. The prior pdf was missing a document.

Thanks,

**Daniel Melo**

The Melo Law Firm, PLLC

*Federal FOIA & Transparency Litigation*

(919) 348-9213

themelolawfirm.com

*Confidentiality Notice: This email and any attachments are intended only for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this message.*

**From:** Daniel Melo <Dan@themelolawfirm.com>
**Sent:** Thursday, March 19, 2026 10:34 AM
**To:** USADC.ServiceCivil@usdoj.gov <USADC.ServiceCivil@usdoj.gov>
**Subject:** Andrew v. Department of Justice Case, 26-cv-876

Greetings,

Please see the attached service of process for this case.

Best,

**Daniel Melo**
The Melo Law Firm, PLLC
*Federal FOIA & Transparency Litigation*
(919) 348-9213
themelolawfirm.com

*Confidentiality Notice: This email and any attachments are intended only for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this message.*