## Electronic Delivery Confirmation™



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

**US POSTAGE AND FEES PAID**
**PRIORITY MAIL IMI**
Mar 27 2026
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial

063S0011485629

endicia

**USPS CERTIFIED MAIL**

9402 6118 9876 5433 9233 27

US DOJ
US Attorney General
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

| | |
|---|---|
| Reference | NLEAD |
| USPS # | 9402611898765433923327 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was picked up at the post office at 4:46 am on April 1, 2026 in WASHINGTON, DC 20530. |
| USPS History | Delivered, Individual Picked Up at Post Office, WASHINGTON, DC 20530, April 1, 2026, 4:46 am |
| | Redelivery Scheduled for Next Business Day, WASHINGTON, DC 20530, March 31, 2026, 10:27 am |
| | Arrived at Post Office, WASHINGTON, DC 20018, March 31, 2026, 10:16 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, March 31, 2026, 8:40 am |
| | Departed USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, March 31, 2026, 2:53 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, March 31, 2026, 1:25 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, March 30, 2026, 7:46 pm |
| | Departed USPS Facility, GREENSBORO NC DISTRIBUTION CENTER, March 30, 2026, 12:26 pm |
| | Arrived at USPS Facility, GREENSBORO NC DISTRIBUTION CENTER, March 29, 2026, 2:36 am |
| | USPS in possession of item, WAKE FOREST, NC 27587, March 27, 2026, 4:15 pm |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 04/01/2026 (UTC)**