UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW FREE,

      *Plaintiff*,

   v.

DEPARTMENT OF JUSTICE,

      *Defendant*.

Civil Action No. 26-0876 (RDM)

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Samuel Settle, as counsel for Defendant, in the above captioned matter.

Dated: April 17, 2026

Respectfully submitted,

*/s/ Samuel Settle*
SAMUEL SETTLE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 252-7705
Samuel.Settle@usdoj.gov

*Attorney for Defendant*