UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW FREE,

　　　　*Plaintiff*,

　　v.

DEPARTMENT OF JUSTICE,

　　　　*Defendant*.

Civil Action No. 26-0876 (RDM)

## PARTIAL CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, by undersigned counsel, respectfully moves this Court to extend the time to respond to the Complaint in this Freedom of Information Act case. Currently, Defendant's deadline to file its response is April 20, 2026. Defendant seeks a 30-day extension of its filing deadline to May 20, 2026.

Pursuant to Local Civil Rule 7(m), counsel for the parties conferred on the relief requested in this motion and counsel for Plaintiff has consented only to a 7-day extension of the Defendant's filing deadline.

There is good cause to grant the requested 30-day extension. Undersigned counsel has competing deadlines in a large docket of other cases, including a case in which a preliminary injunction has been granted, requiring immediate attention. As a result, the undersigned requires additional time to confer with the agency and prepare an appropriate filing for this court.

This motion is being filed in good faith and not for purposes of delay. No party will be materially prejudiced by the extension requested, as the difference between the amount of time to which Plaintiff has consented and the amount requested is approximately three weeks. This is

2

Defendant's first motion to extend the time to respond to the Complaint. A proposed order is attached.

Dated: April 17, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


      */s/ Samuel G. Settle*
SAMUEL G. SETTLE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7705
samuel.settle@usdoj.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW FREE,<br><br>  *Plaintiff*,<br><br> v.<br><br>DEPARTMENT OF JUSTICE,<br><br>  *Defendant*. | Civil Action No. 26-0876 (RDM) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for extension of time, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall file its response to the Complaint on or before May 20, 2026.

SO ORDERED:

_____
Date

_____
RANDOLPH D. MOSS
United States District Judge

3