UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW FREE, | |
| *Plaintiff*, | |
| v. | Civil Action No. 26-0876 (RDM) |
| DEPARTMENT OF JUSTICE, | |
| *Defendant*. | |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, by undersigned counsel, respectfully moves this Court to extend the time to respond to the Complaint in this Freedom of Information Act case. Currently, Defendant's deadline to file its response is May 4, 2026. Defendant seeks a 30-day extension of its filing deadline to June 4, 2026. Pursuant to Local Civil Rule 7(m), counsel for the parties conferred on the relief requested in this motion, and Plaintiff has consented to the requested relief. Pursuant to the Court's Minute Order of April 20, 2026, Defendant has confirmed to Plaintiff that the agency records at issue have been and will continue to be preserved.

There is good cause to grant the requested extension. Undersigned counsel has competing deadlines in a large docket of other cases, including a case in which a preliminary injunction has been granted, requiring immediate attention. As a result, the undersigned requires additional time to confer with the agency and prepare an appropriate filing for this court.

This motion is being filed in good faith and not for purposes of delay. No party will be materially prejudiced by the extension requested, as shown by Plaintiff's consent. This is Defendant's second motion to extend the time to respond to the Complaint. A proposed order is attached.

2

Dated: May 1, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


      */s/ Samuel G. Settle*
SAMUEL G. SETTLE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7705
samuel.settle@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW FREE,<br><br>        *Plaintiff*,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>        *Defendant*. | Civil Action No. 26-0876 (RDM) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for extension of time, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall file its response to the Complaint on or before June 4, 2026.

SO ORDERED:


_____          _____
Date                                              RANDOLPH D. MOSS
                                                   United States District Judge

3