**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANDREW FREE,<br><br>                Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>                Defendant. | Case No. 26-CV-876 |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO APPEAR REMOTELY

Plaintiff respectfully moves for leave for counsel to appear remotely at the status conference scheduled for July 8, 2026.

1. Counsel practices in North Carolina and requests leave to appear remotely to avoid the time and expense associated with travel to Washington, D.C. Counsel is prepared to participate fully by videoconference or teleconference using whatever platform the Court directs.

2. Pursuant to LCvR 7(m), counsel for Plaintiff conferred with counsel for Defendant. Defendant's counsel has advised that Defendant does not oppose this request.

Accordingly, Plaintiff respectfully requests that the Court permit counsel to appear remotely at the status conference.

Dated: July 2, 2026                          Respectfully submitted,

                                             By: /s/ Daniel Melo
                                             Daniel Melo
                                             The Melo Law Firm

1

NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2026, the foregoing document was filed with the Clerk of the Court via CM/ECF, which will send notice of such filing to all counsel of record who are registered CM/ECF users in this case.

By: /s/ Daniel Melo