**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| |
|---|
| ANDREW FREE, |
| Plaintiff, |
| v. |
| DEPARTMENT OF JUSTICE, |
| Defendant. |

Case No. 26-CV-876

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Leave to Appear Remotely at the Status Conference, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**. Plaintiff's counsel may appear remotely at the status conference scheduled for July 8, 2026. The Courtroom Deputy shall provide counsel with any information necessary to access the proceeding.

SO ORDERED.

_____

RANDOLPH D. MOSS
United States District Judge

1