UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW FREE,<br><br>*Plaintiff*,<br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civil Action No. 26-0876 (RDM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for summary judgment, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that summary judgment is granted in favor of the Defendants and this action is dismissed.

SO ORDERED:

________________
Date

______________________________
RANDOLPH D. MOSS
United States District Judge