UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW FREE,<br><br>*Plaintiff*,<br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civil Action No. 26-0876 (RDM) |

**MOTION TO EXTEND SUMMARY JUDGMENT SCHEDULE**

Plaintiff, by undersigned counsel, respectfully moves this Court to extend the time to file his Response and Cross-Motion for summary judgment. Currently, Plaintiff's deadline to file is November 13, 2026. Pursuant to Local Civil Rule 7(m), counsel for the parties conferred on the relief requested in this motion, and Defendant has consented to an extension of 30 days, so as to avoid the Parties filing their respective responses and replies during the December holidays. The new proposed schedule is as follows:

- December 14, 2026: Plaintiff's Response and Cross-Motion for Summary Judgment.
- January 15, 2027: Defendant's Reply and Cross-Opposition.
- February 8, 2027: Plaintiff's Cross-Reply.

There is good cause to grant the requested extension. Undersigned counsel has been diligently working on Plaintiff's Response and Cross-Motion, but has also been preparing for a summary judgment hearing scheduled for November 18, 2026, which

has required immediate attention. As a result, the undersigned requires additional time to fully and adequately complete his motion and memorandum to present to this Court.

This motion is being filed in good faith and not for purposes of delay. No party will be materially prejudiced by the extension requested, as shown by Defendant's consent. This is Plaintiff's first motion to extend time to respond and cross-move for summary judgment. A proposed order is attached.

Dated: November 13, 2026

Respectfully submitted,

By: /s/ Daniel Melo

Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW FREE,

*Plaintiff*,

v.

DEPARTMENT OF JUSTICE,

*Defendant*.

Civil Action No. 26-0876 (RDM)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's motion for extension of time, it is hereby ORDERED that Plaintiff's motion is GRANTED, and it is further ORDERED that the Parties shall adhere to the following deadlines:

- December 14, 2026: Plaintiff's Response and Cross-Motion for Summary Judgment.
- January 15, 2027: Defendant's Reply and Cross-Opposition.
- February 8, 2027: Plaintiff's Cross-Reply.

SO ORDERED:

____________________
Date

__________________________________
RANDOLPH D. MOSS
United States District Judge